# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1435**
**TP 11-01442**
PRESENT: SCUDDER, P.J., CENTRA, GREEN, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF HENRY HUDSON, PETITIONER,

V                                                                    ORDER

ANDREA W. EVANS, CHAIRWOMAN, NEW YORK STATE
DIVISION OF PAROLE, RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH RENE NOWOTARSKI
OF COUNSEL), FOR PETITIONER.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ZAINAB A. CHAUDHRY OF
COUNSEL), FOR RESPONDENT.

--------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered June 23, 2011) to review a determination of respondent. The determination revoked petitioner's release to parole supervision.

It is hereby ORDERED that said proceeding is unanimously dismissed without costs as moot (*see Darnel v David*, 300 AD2d 766, 767).

Entered:  December 23, 2011                          Frances E. Cafarell
                                                     Clerk of the Court